# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146165

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146165
COA: 301683
Washtenaw CC: 04-001767-FC

JASEN ALLEN THOMAS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

d0325